OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFIC
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

9/1/2015
**MOZEE, STANLEY ORSON**   Tr. Ct. No. W99-02631-R(A)   **WR-82,467-01**
On this day, this Court has granted the trial court's request for an extension of time
to file the supplemental record. The supplemental record is due in this Court on
Saturday, October 31, 2015.

Abel Acosta, Clerk

STANLEY ORSON MOZEE



# RETURN TO SENDER
# NOT IN DALLAS COUNTY JAIL